Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS PC**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CVETANKA JOHANSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA RESTAURANT SERVICES, a domestic corporation d/b/a DOTTY'S; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-02210-JCM-NJK<br><br>**DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES** |

The undersigned counsel of record for Defendant Nevada Restaurant Services, Inc. d/b/a Dotty's, certifies that there are no known interested parties other than those participating in this case. This representation is made to enable judges of the Court to evaluate possible recusal.

Dated this 27th day of May, 2015.

JACKSON LEWIS P.C.


_/s/ Elayna J. Youchah_
Elayna J. Youchah, Bar # 5837
Lisa A. McClane, Bar # 10139
3800 Howard Hughes Parkway, Ste. 600
Las Vegas, Nevada 89169

*Attorneys for Defendant*

JACKSON LEWIS LLP
LAS VEGAS

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Jackson Lewis P.C. and that on this 27 day of May, 2015, I caused to be served a true and correct copy of the above and foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES**, via ECF filing, properly addressed to the following:

Trevor J. Hatfield
Hatfield & Associates, LTD.
703 S. Eighth St.
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Janine Martin
　　　　　　　　　　　　　　　　　　　　　　　　Employee of Jackson Lewis P.C.