Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS PC**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CVETANKA JOHANSEN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> NEVADA RESTAURANT SERVICES, a domestic corporation d/b/a DOTTY'S; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. : 2:14-cv-02210-JCM-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

COME NOW Defendant NEVADA RESTAURANT SERVICES dba DOTTY'S and Plaintiff CVETANKA JOHANSEN, by and through their respective attorneys, and do hereby stipulate and agree to extend the time for Defendant to file its Reply in Support of its Motion to Dismiss.

1   Accordingly, Defendant shall have up to and including June 12, 2015 to file its Reply in

2   Supports of its Motion to Dismiss.

3   Dated: June 5, 2015                                              Dated: June 5, 2015

6   /s/Lisa A. McClane                                               /s/Trevor J. Hatfield
    Elayna J. Youchah                                                Trevor J. Hatfield
7   Lisa A. McClane                                                  Hatfield & Associates, LTD.
    Jackson Lewis P.C.                                               703 S. Eighth St.
8   3800 Howard Hughes Parkway, Ste. 600                             Las Vegas, Nevada 89101
9   Las Vegas, NV 89169
                                                                     Attorneys for Plaintiff
10  Attorneys for Defendant

12  **IT IS SO ORDERED.**

13  Dated June 8, 2015.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE