UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CVETANKA JOHANSEN,<br><br>                         Plaintiff,<br><br>v.<br><br>NEVDA RESTAURANT SERVICES, INC.,<br><br>                         Defendant. | Case No. 2:14-cv-02210-JCM-NJK<br><br>ORDER |

The undersigned is in receipt of a letter dated July 31, 2015, from defense counsel with a courtesy copy to Plaintiff's counsel, indicating that a settlement has been reached in this matter. The parties request that they be excused from attending the ENE scheduled to commence on Friday, August 7, 2015, and advise that they anticipate filing a stipulation for dismissal no later than September 30, 2015**.**

For good cause shown**,**

**IT IS ORDERED** that the ENE scheduled for August 7, 2015, at 9:30 a.m. is **VACATED**.  The parties shall file the either file the stipulation to dismiss, or a joint status report with the court advising when the stipulation will be filed, no later than **September 30, 2015.**

DATED this 31st day of July, 2014.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1