Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Lisa A. McClane, Bar No. 10139
lisa.mcclane@jacksonlewis.com
**JACKSON LEWIS PC**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CVETANKA JOHANSEN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NEVADA RESTAURANT SERVICES, a domestic corporation d/b/a DOTTY'S; DOES I through X, inclusive; ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. : 2:14-cv-02210-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Cvetanka Johansen and Nevada Restaurant Services dba Dotty's ("Defendant"),  through their undersigned counsel of record, that the above entitled matter be dismissed with prejudice, each party to bear its own attorneys' fees and costs.

1    Further, this Court shall retain jurisdiction over any disputes arising out of the out-of-court

2    resolution of this matter.

3    Dated: August 21, 2015                          Dated: August ___, 2015

4

5

6    /s/Lisa A. McClane
     Elayna J. Youchah                              Trevor J. Hatfield
7    Lisa A. McClane                                Hatfield & Associates, LTD.
                                                    703 S. Eighth St.
8    Jackson Lewis P.C.                             Las Vegas, Nevada 89101
     3800 Howard Hughes Parkway, Ste. 600
9    Las Vegas, NV 89169                            Attorneys for Plaintiff

10   Attorneys for Defendant

11

12
     **IT IS SO ORDERED.**
13
             Dated August 26, 2015.
14

15

16                                                 _____
                                                   UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

JACKSON LEWIS LLP
   LAS VEGAS                                        -2-